UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Carlos Martez Downs,

    Defendant.

Case: 4:25-mj-30667
Judge: Ivy, Curtis
Filed: 10-27-2025

Originating No. 25-cr-067

## GOVERNMENT'S PETITION FOR TRANSFER OF DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant Carlos Martez Downs to answer to charges pending in another federal district, and states:

1. On October 27, 2025, defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the Southern District of Iowa. Defendant is charged in that district with Conspiracy to Distribute Controlled Substance in violation of 21 U.S.C. § 841(a)(1).

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

Jerome F. Gorgon Jr.
United States Attorney


s/Anthony Vance
ANTHONY VANCE
Assistant United States Attorney
600 Church Street, Suite 200
Flint, MI 48502
Anthony.vance@usdoj.gov
(810) 766--5177
P-61148

Dated: October 27, 2025